IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:98CR61 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY COVINGTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for Rule 35 hearing (Filing No. 39). Accordingly,

IT IS ORDERED that said motion is granted; a hearing on plaintiff's Rule 35 motion (Filing No. 29) is scheduled for:

**Wednesday, April 26, 2006, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. Defendant need not be present.

DATED this 5th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court